IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 22 2006

GREGORY C. LANGHAM
CLERK

Criminal Case No. 06-cr-00431-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    MARTIN GOMEZ-BERRERA,
    a/k/a Martin Gomez-Barrera
    a/k/a Huevo
    a/k/a Huevito
    a/k/a Mario Alberto Osuna-Cuen,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Martin Gomez-Berrera, before a United States Magistrate Judge forthwith for an initial appearance upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an

agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 21ST day of November, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO