UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00431-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. RIGOVERTO VALLE-SIERRA,
    a/k/a "Jorge,"
2. JOSE ALFREDO SANCHEZ-GUSMAN,
    a/k/a Jose Alfredo Guzman,
    a/k/a "Macaco,"
3. BOGAR GONZALEZ-ITUARET,
    a/k/a Bogar Gonzalez-Ituarte,
    a/k/a "Hugo,"
    a/k/a Pedro Torres,
4. **MARTIN GOMEZ-BERRERA,**
    **a/k/a Martin Gomez-Barrera,**
    **a/k/a "Huevo,"**
    **a/k/a "Huevito,"**
    **a/k/a Mario Alberto Osuna-Cuen,**
5. FERNANDO VALENZUELA-SOTO,
    a/k/a Roberto Martinez-Beltran,
    a/k/a Mario Alberto Ozuna,
    a/k/a Mario Alberto,
    a/k/a "Jaime,"
    a/k/a Jose A. Zasueta,
    a/k/a Juan Al Parra,
    a/k/a Jaime Martinez-Beltran,
    a/k/a "Juan,"
    a/k/a 'Cameleon,"
    a/k/a "Sinola,"
6. HECTOR JESUS ZAMUDIO-TOLOZA,
    a/k/a Hector Jesus Zamudio-Tolosa,
    a/k/a "Tecate,"
7. JOSE QUINTANA,
    a/k/a "Chapo,"
    a/k/a "Chepo,"
    a/k/a 'Chepaneco,"

8. MICHAEL JAMES OVALLE,
   a/k/a Martin Ybarra-Mendoza,
9. ISMAEL GARCIA,
10. ELIZABETH MARCHAND,
    a/k/a Elizabeth Rodriguez,
11. MONICA ESTRADA,
    a/k/a Beatriz Delgado-Rodriguez,
12. AGUSTIN MAGANA-BERMEO,
13. LARRY JOE HERNANDEZ,
14. OMAR VALLE-SIERRA,
    a/k/a Omar Valle,
15. DEBBIE LEE MADRID,
    a/k/a Debbie Madrid,
16. LETICIA MOCTEZUMA,
    a/k/a "Lety,"
17. CHRISTINA FERNANDEZ-MOLINA,
    a/k/a 'Guera,"
18. ROBERT JOSE CERVANTES JR.,
19. ENEAS CAMACHO-DOMINGUEZ,
20. VINCE BENAVIDEZ, and
21. LUIS LUNA,
    a/k/a "Juan,"

Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#522)** on September 19, 2007, by Defendant Martin Gomez-Berrera. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **Monday, November 5, 2007,** at **11:30 a.m.** in

the United States District Court for the District of Colorado, Courtroom A901,

Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 21st day of September, 2007.

                                  **BY THE COURT:**

                                  Marcia S. Krieger
                                  United States District Judge